JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-97-40153 DLJ |
| Plaintiff, | No. CV-05-2466 DLJ |
| vs. | STIPULATION AND ORDER RESETTING DATE FOR HEARING |
| SEAN RAMSEY, | |
| Defendant. | |
| SEAN RAMSEY, | |
| Petitioner, | |
| vs. | |
| THERESA SCHWARTZ, | |
| Respondent. | |

    IT IS HEREBY STIPULATED between the Petitioner/Defendant through his attorney, Mark Donald Eibert, and the United States through its attorney Joshua Hill, that the hearing in

Stip and [Proposed] Order                1

1 | this matter now set for August 29, 2008 at 11:00 a.m. shall be reset for October 3, 2008 at 11:00
2 | a.m.

4 | IT IS SO STIPULATED:

5 | Dated: August 14, 2008    /s/ Mark D. Eibert
6 |                           MARK D. EIBERT
                              *Attorney for Sean Ramsey*

8 | Dated: August 14, 2008    /s/ Joshua Hill
9 |                           JOSHUA HILL
                              Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for August 29, 2008 is hereby rescheduled for October 3, 2008 at 11:00 a.m.

Dated: August 15, 2008    _____
                          HONORABLE D. LOWELL JENSEN
                          United States District Court Judge