| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3740<br>Facsimile: (510) 637-3724<br>E-Mail: Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-97-40153 DLJ |
| | ) | |
| Plaintiff, | ) | No. CV-05-2466 DLJ |
| | ) | |
| vs. | ) | STIPULATION AND **ORDER** |
| | ) | RESETTING DATE FOR HEARING |
| SEAN RAMSEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SEAN RAMSEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THERESA SCHWARTZ, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY STIPULATED between the Petitioner/Defendant through his attorney, Mark Donald Eibert, and the United States through its attorney Joshua Hill, that the hearing in

Stip and [Proposed] Order                         1

1 | this matter now set for October 3, 2008 at 11:00 a.m. shall be reset for October 17, 2008 at 11:00
2 | a.m. Petitioner's reply brief shall be due on October 10, 2008.
3 |
4 | IT IS SO STIPULATED:
5 | Dated: September 30, 2008                    /s/ Mark D. Eibert
                                                  MARK D. EIBERT
6 |                                               *Attorney for Sean Ramsey*
7 |
8 | Dated: September 30, 2008                    /s/ Joshua Hill
                                                  JOSHUA HILL
9 |                                               Assistant United States Attorney
10 |

11 | **ORDER**

12 | GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
13 | matter now scheduled for October 3, 2008 is hereby rescheduled for October 17, 2008 at 11:00
14 | a.m.
15 |
16 | Dated: September  30, 2008                   _____
                                                  HONORABLE D. LOWELL JENSEN
17 |                                              United States District Court Judge