JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DOMINIQUE N. THOMAS  (231464)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: dominique.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. **CR 97-40153 DLJ** |
| Plaintiff, ) | No. CV 05-2446 DLJ |
| v. ) | STIPULATION AND **ORDER** FOR EXTENSION OF BRIEFING SCHEDULE |
| SEAN RAMSEY, ) | |
| Defendant. ) | |

     The defendant, Sean Ramsey, represented by Mark D. Eibert, Esquire, and the government, represented by Dominique N. Thomas, Assistant United States Attorney, hereby stipulate to an extension of the briefing schedule.  Because the attorney for the government is newly assigned to this matter, additional time is needed to file an opposition to the defendant's petition.  Under the prior briefing schedule, the government's opposition was due 90 days after the filing of the petition, which was filed on June 5, 2009.

//

//

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE
Case No. CR 97-40153 DLJ

1  The parties stipulate that the government's opposition will now be due on November 6, 2009.

3  DATED: September 9, 2009            Respectfully submitted,
                                       JOSEPH P. RUSSONIELLO
4                                      United States Attorney

6                                      _____/s/_____
                                       DOMINIQUE N. THOMAS
7                                      Assistant United States Attorney

9
10 DATED: September 9, 2009            _____/s/_____
                                       MARK D. EIBERT
                                       Attorney for Petitioner/Defendant Sean Ramsey

13                                     **ORDER**

14      GOOD CAUSE APPEARING, upon the stipulation of the parties, IT IS HEREBY

15 ORDERED that the government's opposition shall be due on November 6, 2009.

17 DATED: September 11, 2009           _____
                                       HON. D. LOWELL JENSEN
18                                     United States District Judge

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE
Case No. CR 97-40153 DLJ                    -2-