1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DOMINIQUE N. THOMAS  (231464)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724)
7      E-Mail: dominique.thomas@usdoj.gov

8  Attorneys for Plaintiff

9
                 UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,          )     No. CR 97-40153 DLJ
14                                     )
          Plaintiff,                   )     No. CV 05-2446 DLJ
15                                     )
       v.                              )     STIPULATION AND  ORDER FOR
16                                     )     EXTENSION OF BRIEFING SCHEDULE
   SEAN RAMSEY,                        )
17                                     )
          Defendant.                   )
18  _____)

19

20
          The defendant, Sean Ramsey, represented by Mark D. Eibert, Esquire, and the

21
   government, represented by Dominique N. Thomas, Assistant United States Attorney, hereby

22
   stipulate to an extension of the briefing schedule.  Because the attorney for the government is

23
   lead counsel in two pending trials and needs to obtain additional records in the underlying appeal

24
   in this case, additional time is needed to file an opposition to the defendant's petition.  Under the

25
   prior briefing schedule, the government's opposition was due on November 6, 2009.

26  //

27  //

28

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE
Case No. CR  97-40153  DLJ

-2-

1   The parties stipulate that the government's opposition will now be due on January 8, 2010.

2

3   DATED: November 6, 2009                    Respectfully submitted,
                                               JOSEPH P. RUSSONIELLO
4                                              United States Attorney

5

6                                              _____/s/_____
                                               DOMINIQUE N. THOMAS
7                                              Assistant United States Attorney

8

9
    DATED: November 6, 2009                    _____/s/_____
10                                             MARK D. EIBERT
                                               Attorney for Petitioner/Defendant Sean Ramsey
11

12

13                                        **ORDER**

14       GOOD CAUSE APPEARING, upon the stipulation of the parties, IT IS HEREBY

15  ORDERED that the government's opposition shall be due on January 8, 2010.

16

17  DATED:  November 6, 2009                   _____
                                               HON. D. LOWELL JENSEN
18                                             United States District Judge

19

20

21

22

23

24

25

26

27

28