JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DOMINIQUE N. THOMAS (CABN 231464)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: dominique.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAN RAMSEY, ) | No. CR 97-40153 DLJ |
|     Petitioner, ) |     CV 05-02446 DLJ |
|   v. ) | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE |
| TERESA A. SCHWARTZ, ) | |
|     Respondent. ) | |

    The defendant, Sean Ramsey, represented by Mark D. Eibert, and the government, represented by Dominique N. Thomas, Assistant United States Attorney, hereby stipulate to an extension of the briefing schedule. Because the attorney for the government is lead counsel in a trial in January 2010, additional time (two weeks) is needed to file an opposition to defendant's petition. The parties have previously extended the schedule by agreement.

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE
CR 97-40153 DLJ
CV 05-02446 DLJ                     1

The parties stipulate that government's opposition shall now be due on February 12, 2010.

DATED: February 4, 2010            Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                            /s/
                                   _____
                                   DOMINIQUE N. THOMAS
                                   Assistant United States Attorney


DATED: February 4, 2010            _____/s/_____
                                   MARK D. EIBERT
                                   Attorney for Petitioner Sean Ramsey


## ORDER

GOOD CAUSE APPEARING, upon the stipulation of the parties, IT IS HEREBY ORDERED that the government's opposition shall be due on February 12, 2010.

DATED: February 4, 2010
       February 8, 2010            _____
                                   HON. D. LOWELL JENSEN
                                   United States District Judge

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF BRIEFING SCHEDULE
CR 97-40153 DLJ
CV 05-02446 DLJ                        2